**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **DAVID GENE DOOLE**                      **CASE NO. 21-10861-JDW**
              **DBA FIBERLINK TECHNOLOGIES, LLC**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that the firm of Mitchell, McNutt & Sams, P.A., 1216 Van Buren, Post Office Box 947, Oxford, Mississippi 38655-0947, represents the interests of TBK Bank, SSB d/b/a Triumph Commercial Finance ("TBK") as counsel relative to a certain claim in the above-referenced matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all motions, notices and pleadings in this matter be served on counsel for TBK:

Rosamond H. Posey, Esquire
Mitchell, McNutt & Sams, P.A.
Post Office Box 947
Oxford, MS  38655-0947

Request is further made pursuant to the Federal Rules of Bankruptcy Procedure that all motions, notices and pleadings be mailed to said counsel, including, without limitation, all notices required by Rule 2002(a) of the Federal Rules of Bankruptcy Procedure.

Please take further notice that, pursuant to 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph telex, electronically or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Request for Notices shall not be deemed or construed to be a waiver of TBK's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (B) any other rights, claims, actions, setoffs, or recoupments to which TBK may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments TBK expressly reserves.

THIS, the 5th day of May, 2021.

Respectfully submitted,

TBK BANK, SSB
DBA TRIUMPH COMMERCIAL FINANCE

/s/ Rosamond H. Posey
ROSAMOND H. POSEY (MSB #101247)
MITCHELL, McNUTT & SAMS, P.A.
P.O. Box 947
Oxford, MS  38655-0947
(662) 234-4845
rposey@mitchellmcnutt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2021, a copy of the foregoing **Entry of Appearance and Request for Notices** was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

David Gene Doole
dba Fiberlink Technologies, LLC
152 Moore Crossing South
Byhalia, MS 38611

Robert Hudson Lomenick, Jr.
*Attorney for the Debtor*
P.O. Box 417
Holly Springs, MS 38635
robert@northmsbankruptcy.com

William L. Fava
*Trustee*
Chapter 7 Trustee
P.O. Box 783
Southaven, MS 38671

U.S. Trustee
*U.S. Trustee*
501 East Court Street, Suite 6-430
Jackson, MS 39201

DATED, this the 5th day of May, 2021.

/s/ Rosamond H. Posey
Rosamond H. Posey