**SO ORDERED,**



**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **DAVID GENE DOOLE**                                     CASE NO. 21-10861-JDW
**DBA FIBERLINK TECHNOLOGIES, LLC**

### AGREED ORDER GRANTING TBK BANK, SSB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY FROM DEBTOR'S ESTATE

This matter is before the court on the Motion of TBK Bank, SSB ("TBK") for relief from the automatic stay protecting the interests of the Debtor David Gene Doole d/b/a Fiberlink Technologies, LLC ("Debtor") in certain Equipment more fully described in the Motion for Relief From the Automatic Stay and for Abandonment of Property from Debtor's Estate [DK#14] ("Motion"); the parties have reached a compromise as to their positions as follows:

1. This Court has jurisdiction over the subject matter herein and the parties hereto pursuant to 28 U. S. C. § 1334, and 11 U.S.C. §362, 11 U.S.C. § 554, along with other related statutes and rules. This is a core proceeding as defined by 28 U. S. C. § 157(b)(2)(A) and (G).

2. On or about August 4, 2016, the Debtor executed a Loan and Security Agreement in the amount of $111,055.00 for the benefit of TBK ("First Loan"). To secure the indebtedness under the First Loan, the Debtor granted TBK a security interest in certain equipment, including, but not limited to, a Ditch Witch JT9 Directional Drill with Tracker and remote display bearing Serial Number CMWJT9CCEG0000244 and a Ditch Witch FM5 Mud Mixer bearing Serial Number CMWFM5XXAG0002096. Copies of the loan documents are attached to the Motion as

Exhibit "A."

3. On or about December 9, 2016, the Debtor executed a Loan and Security Agreement in the amount of $47,747.14 for the benefit of TBK ("Second Loan"). To secure the indebtedness under the Second Loan, the Debtor granted TBK a security interest in certain equipment, including, but not limited to, a Caterpillar Mini Excavator bearing Serial Number JWY01961. Copies of the loan documents are attached to the Motion as Exhibit "B."

4. On or about September 12, 2019, the Debtor executed a Loan and Security Agreement in the amount of $435,595.75 for the benefit of TBK ("Third Loan"). To secure the indebtedness under the Third Loan, the Debtor granted TBK a security interest in certain equipment, including, but not limited to, a Ditch Witch JT40 Directional Drill Jettrac bearing Serial Number DWPJT40XJH0000018 with Mud Mixer, rock bit adapter, bear claw bit, dirt nose piece, air hammer and mincon control station bearing Serial Number DDWPFM13XVK0001029. Copies of the loan documents are attached to the Motion as Exhibit "C."

5. The UCC Financing Statements covering the referenced equipment in the First, Second, and Third Notes ("Equipment") are attached to the Motion as Exhibit "D."

6. On or about May 3, 2021 ("Petition Date"), the Debtor filed his voluntary petition for relief pursuant to Chapter 7, Title 11 of the United States Code. Thereafter, William L. Fava was appointed Chapter 7 Trustee.

7. The parties hereto agree that TBK's Motion is granted, and it is hereby ordered that the automatic stay presently protecting the Debtor's interests in the Equipment is hereby lifted and the Equipment is hereby abandoned from the Debtor's estate.

##END OF ORDER##

/s/ Robert Lomenick
ROBERT LOMENICK
Counsel for Debtor


/s/ Rosamond H. Posey
ROSAMOND H. POSEY
Counsel for TBK Bank


/s/ William L. Fava
WILLIAM L. FAVA
Chapter 7 Trustee



Submitted by:
Rosamond H. Posey
MS BAR #101247
Mitchell, McNutt & Sams, P.A.
P.O. Box 947
Oxford, MS  38655
662-234-4845