**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  DAVID GENE DOOLE                         CHAPTER 7 PROCEEDING
      *dba Fiberlink Technologies, LLC*
                                  Debtor
                                                                  CASE NO. 21-10861-JDW

MOTION FOR RELIEF FROM AUTOMATIC STAY
AND FOR OTHER RELIEF

COMES NOW, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, a party in interest in this cause, by and through its attorney, and moves this Court to lift the automatic stay as to certain property of the Debtor, and for other relief, and in support of said motion would respectfully show unto the Court the following to wit:

I.

That on or about May 3, 2021, the above-named Debtor filed a voluntary petition in Bankruptcy pursuant to 11 U.S.C. Chapter 7.  By operation of 11 U.S.C. 362, the Plaintiff is prohibited from commitment of any judicial proceeding against the Defendant, any act to obtain possession of property of the estate, or any act to enforce any lien against the property of the estate.

II.

That the Bankruptcy Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1471 and 11 U.S.C. 362.

III.

That on or about September 30, 2019, Fiberlink Technologies, LLC and David Doole did execute a certain Note, and Fiberlink Technologies LLC and David Doole, did execute a certain Retail Installment Sale Contact in favor of Wells Fargo Auto and secured by the 2019 Ford Super Duty F-350 DRW, VIN 1FDRF3HT9KDA14072. A copy of said Retail Installment Sale Contract

attached hereto as an Exhibit as though fully copied herein. The value of the subject property is $45,800.00 according to the NADA.

## IV. Debtor

That the Debtor has defaulted in the payment of the current months' indebtedness and is now due and owing for the January 30, 2021 payment and all subsequent payments. That as of September 27, 2021, Plaintiff is due $10,818.96, plus all payments and charges that accrue hereafter. As of January 23, 2021, the payoff amount is $74,695.33.

## V.

Plaintiff would show that sufficient cause exists for the termination, annulment or modification of the automatic stay as provided in 11 U.S.C.362 (d) (1) because of the failure of the Defendant to make the payments set forth above and because there is no equity in the property and because subject property is of inconsequential value or benefit to the estate and further that the Trustee should abandon the property pursuant to 11 U.S.C. §554(b). Plaintiff would urge the Court to terminate, modify or lift the automatic stay and abandon the subject property from the estate of the Debtor, so as to allow the Plaintiff to pursue all remedies available to it under the terms and conditions of said Deed of Trust, and applicable state law, including initiation of foreclosure proceedings. Plaintiff further asks for attorney fees and court costs incurred. Plaintiff also requests that the 14-day stay imposed by FRBP 4001(a)(3) be waived.

WHEREFORE, PREMISES CONSIDERED, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this Motion and prays that the automatic stay afforded by 11 U.S.C. 362 be terminated, modified or lifted, after notice and hearing, so as to allow Plaintiff to pursue its remedies and to initiate foreclosure proceedings against the property which is subject to said Deed of Trust, that the Trustee be ordered to abandon the property from the estate pursuant to 11 U.S.C. §554(b) and

for attorney's fees and costs incurred. Plaintiff also requests that the 14-day stay imposed by FRBP 4001(a)(3) be waived.

Respectfully submitted,
**LOGS LEGAL GROUP LLP**

/s/ Eric C. Miller
William Savage #105785
Eric Miller #102327
Attorney for Creditor

## CERTIFICATE OF SERVICE

    I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

William L. Fava
wfava@mitchellcunninghamfava.com

Robert H Lomenick, Jr, Attorney for Debtor
robert@northmsbankruptcy.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

David Gene Doole
152 Moore Crossing South
Byhalia, MS 38611

Dated: October 4th, 2021

                                            Respectfully Submitted,
                                            **LOGS LEGAL GROUP LLP**

                                            /s/ Eric C. Miller
                                            William Savage #105785
                                            Eric Miller #102327
                                            Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 21-10861-JDW

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: DAVID GENE DOOLE                CHAPTER 7 PROCEEDING
       *dba Fiberlink Technologies, LLC,*
               Debtor

                                                   CASE NO. 21-10861-JDW

ORDER GRANTING RELIEF FROM AUTOMATIC STAY
DOCKET NO. _____

THIS CAUSE came on for consideration on the motion to lift automatic stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, and the Court finds that the Debtor, David Gene Doole a/k/a Fiberlink Technologies, LLC, has failed to respond to plaintiff's Motion.

IT IS ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C. 362 be modified to allow Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to pursue all remedies available to it under the applicable state law against Debtor's property described as follows:

**2019 Ford Super Duty F-350 DRW, VIN 1FDRF3HT9KDA14072**

Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent Debtor conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b).

## ##END OF ORDER##

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 21-10861-JDW

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE
### THIS IS A CONSUMER CREDIT DOCUMENT

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| FIBERLINK TECHNOLOGIES<br>151 FLOWER HOUSE LOOP<br>TROUTMAN NC 28166<br>IREDELL | | RANDY MARION FORD LINCOLN, LLC<br>1011 FOLGER DR<br>STATESVILLE NC 28625<br>IREDELL |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2019 | FORD TRUCK<br>H-DTY F-350 DRW | 1FDRF3HT9KDA14072 | Personal, family, or household unless otherwise indicated below<br>☒ business<br>☐ agricultural  ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $5488.83 |
|---|---|---|---|---|
| 7.99 % | $ 20195.16 | $ 77067.48 | $ 97262.64 | $ 102751.47 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1350.87 | MONTHLY beginning 10/30/2019 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ 15.00.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ 1150.31 sales tax) $ 70794.81 (1)
2. Total Downpayment =
   Trade-in 2017 FORD TRUCK SUPER DUTY F-25
   (Year)      (Make)         (Model)
   Gross Trade-In Allowance  $ 31500.00
   Less Pay Off Made By Seller to FORD MOTOR CREDIT C  $ 35827.11
   Equals Net Trade In  $ -4327.11
   + Cash  $ 6815.94
   + Other N/A  $ N/A
   + Other N/A  $ N/A
   + Other 3566  $ 3000.00
   (If total downpayment is negative, enter "0" and see 4I below)  $ 5488.83 (2)
3. Unpaid Balance of Cash Price (1 minus 2)  $ 65305.98 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life  $ N/A
      Disability  $ N/A  $ N/A
   B Vendor's Single Interest Insurance Paid to Insurance Company  $ N/A
   C Other Optional Insurance Paid to Insurance Company or Companies  $ N/A
   D Optional Gap Contract  $ 999.00
   E Official Fees Paid to Government Agencies  $ N/A
   F Government Taxes Not Included in Cash Price  $ N/A
   G Government License and/or Registration Fees
      LICENSE
      ONLINE REG  $ 122.50
   H Government Certificate of Title Fees  $ 52.00
   I Other Charges (Seller must identify who is paid and describe purpose)
      N/A for Prior Credit or Lease Balance  $ N/A
      FORD WARRANTY to DIESELCARE PLUS -  $ 6000.00
      FORD WARRANTY to PREMIUM MAINTENANC  $ 4389.00
      RANDY MARION FORD to DOC FEE  $ 199.00
      N/A to N/A  $ N/A
      N/A to N/A  $ N/A
      N/A to N/A  $ N/A
      N/A to N/A  $ N/A
      N/A to N/A  $ N/A
      N/A to N/A  $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf  $ 11761.50 (4)
5. Amount Financed (3 + 4)  $ 77067.48 (5)

### Insurance
Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. Insurance you provide must be acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A  N/A
Type of Insurance  Term
Premium $ _____ N/A
Insurance Company Name N/A
Home Office Address N/A

☐ N/A  N/A
Type of Insurance  Term
Premium $ _____ N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.
☒ N/A                              N/A
Buyer Signature                    Date
☒ N/A                              N/A
Co-Buyer Signature                 Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

**Returned Check Charge:** You agree to pay a charge of $ 35.00 if any check you give us is dishonored.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A, SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 72 _____ Mos.   Name of Gap Contract _____
I want to buy a gap contract.
Buyer Signs X _Fiberlink Tech_ [signature]

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature]  Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [signature]  Date 9/30/19  Co-Buyer Signs X N/A  Date N/A
Buyer Printed Name FIBERLINK TECHNOLOGIES LLC  Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use For Which Purchased": Print Name N/A  Title N/A
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A  Address N/A
Seller signs _____ Date 9/30/19  By X [signature]  Title FI

Seller assigns its interest in this contract to WELLS FARGO DEALER SERVICES (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse
Seller RANDY MARION FORD LINCOLN, LLC
By X [signature]  Title FI

iLAW FORM NO. 553-NC (REV. 10/18)
©2018 The Reynolds and Reynolds Company TO ORDER: www.reysource.com 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER

**OTHER IMPORTANT AGREEMENTS**

**FINANCE CHARGE AND PAYMENTS**
a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed in it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

You may have to pay collection costs. If we hire an attorney to collect what you owe, you will pay attorney's fees and court costs as the law allows. The maximum attorney's fees you will pay will be 15% of the amount you owe.
d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.
e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes an express warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**
Federal law and the law of the state of North Carolina apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-NC 10/19

**J.D. POWER**

9/3/2021

## J.D. POWER Commercial Trucks

**Wells Fargo WF Auto Funding**

23 Pasteur  
Irvine, CA 92168  
9492854327  
james.hysten@wellsfargo.com

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2019 Ford Commercial F350 F350 Chassis & Regular Cab |
| **Period:** | September 3, 2021 |
| **VIN:** | 1FDRF3HT9KDA14072 |
| **Mileage:** | 76,500 |
| **Base MSRP:** | $33,700 |
| **GVW:** | 9,800 |
| **GCW:** | 19,000 |



## J.D. POWER Commercial Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Wholesale | $31,750 | N/A | $7,450 | **$39,200** |
| Loan | $28,575 | N/A | $7,450 | **$36,025** |
| Retail | $37,950 | N/A | $7,850 | **$45,800** |

## Selected Options

| | Wholesale/Loan | Retail |
|---|---|---|
| 4WD or AWD | $4,450 | $4,850 |
| Plow Pkg. | $3,000 | $3,000 |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

MVR-191 (Rev. 01/2017)

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 1FDRF3HT9KDA14072 | 2019 | FORD | TK |
| TITLE NUMBER | TITLE ISSUE DATE | | PREVIOUS TITLE NUMBER |
| 777851193477942S | 10/01/2020 | | |

ODOMETER READING

000116

ODOMETER STATUS

TITLE BRANDS

MAIL TO:
WELLS FARGO AUTO
PO BOX 997517
SACRAMENTO  CA  95899-

SHIPPING WEIGHT
6976

OWNER(S) NAME AND ADDRESS

FIBERLINK TECHNOLOGIES LLC
DAVID GENE DOOLE
151 FLOWER HOUSE LOOP
TROUTMAN  NC  28166

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

*[signature]*

COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER:          DATE OF LIEN 12/13/2019
WELLS FARGO AUTO
PO BOX 997517                              LIEN RELEASED BY.
SACRAMENTO  CA  95899-7517                 SIGNATURE_____
                                           TITLE_____ DATE_____

SECOND LIENHOLDER:         DATE OF LIEN
                                           LIEN RELEASED BY:
                                           SIGNATURE_____
                                           TITLE_____ DATE_____

THIRD LIENHOLDER:          DATE OF LIEN
                                           LIEN RELEASED BY:
                                           SIGNATURE_____
                                           TITLE_____ DATE_____

FOURTH LIENHOLDER:         DATE OF LIEN
                                           LIEN RELEASED BY:
                                           SIGNATURE_____
                                           TITLE_____ DATE_____

ADDITIONAL LIENS:

**106996326**

42S  T1C42S1